# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

201 South Evans Street, Room 214
Greenville, NC 27858-1121
252-830-2335
Fax: 252-758-8570

**DATE:** March 8, 2018

**FROM:** Taron N. Seburn
U.S. Probation Officer

**SUBJECT:** JONES, Cassandra B.
Case No.: 4:15-CR-69-1BO
<u>**Request for Early Termination**</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On April 7, 2016, pursuant to a guilty plea to Conspiracy to Distribute and to Possess With Intent to Distribute a Quantity of Marijuana and two counts of Providing Contraband in Prison, Cassandra B. Jones appeared in United States District Court for the Eastern District of North Carolina and was sentenced to 3 months imprisonment to be followed by 5 years supervised release.

The defendant was released from custody on July 15, 2016, and began supervision in the Eastern District of North Carolina.

She has performed satisfactorily on supervision. She has submitted to DNA testing, paid all of the special assessment ($135.00), and she has been on low intensity supervision since December 2016. Her term of supervised release is set to expire on July 14, 2021.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and they concur with our recommendation. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____          3-19-18
Terrence W. Boyle                                              Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.  Crim. No. 4:15-CR-69-1BO

CASSANDRA B. JONES

On July 15, 2016, the above named was released from prison and commenced a term of supervised release for a period of 5 years. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Taron N. Seburn<br>Taron N. Seburn<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2335<br>Executed On: March 8, 2018 |

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 19th day of March, 2018.

Terrence W. Boyle
U.S. District Judge